## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Jyotika Simmons,

    Plaintiff,

v.

    Civil No. 4:25-cv-12872

    Honorable F. Kay Behm
    Mag. Judge Anthony P. Patti

United States of America,

    Defendant.

---

# Order for Facilitation

---

At the request of the Court, and by stipulation of the parties, this matter will be referred to facilitation. The parties have chosen Brian Fischer, whose rate is $425 per hour. The parties will divide the costs equally. The facilitation is currently scheduled to occur on **August 3, 2026, at 1:30 pm**.

Oral or written statements made for or during facilitation are inadmissible in any evidentiary proceeding. The facilitator may not be called to testify about the facilitation.

SO ORDERED.

Date: May 6, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

Stipulated and Agreed to By:

JYOTIKA SIMMONS

JEROME F. GORGON JR.
United States Attorney

_s/ Ross Gilders (w/ permission)_
Ross M. Gilders (P75875)
MichiganLawsuit.com, P.C.
Counsel for Plaintiff
201 E. Fourth St., Ste. 104
Royal Oak, Michigan 48067
(313) 989-0005
rgilders@michiganlawsuit.com

_s/ Nedra Campbell_____
Nedra Campbell (P58768)
Assistant United States Attorney
Counsel for Defendant
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
(313) 226-9529
nedra.campbell@usdoj.gov

Date: 05/04/2026

Date: 05/04/2026

2